## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No.: 1:19-cv-02730

ERIC LEE BOWERS,

    Plaintiff,

v.

BLU CORPORATE HOUSING, LLC,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff ERIC LEE BOWERS by and through his undersigned counsel, brings this Complaint against Defendant BLU CORPORATE HOUSING, LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff ERIC LEE BOWERS ("BOWERS"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Bowers' original copyrighted works of authorship.

2. Bowers is a Kansas City based architectural, real estate, and commercial photographer. He has built a library of Kansas City images that are available for licensing, including the revitalization of Kansas City's downtown area, construction progress of the Kaufman Center for the Performing Arts, as well as the final years of open-outcry wheat futures trading at the Kansas City Board of Trade. Bowers also engages in aerial photography for architecture, real estate and construction, political campaign photography, and event photography.

3. Defendant BLU CORPORATE HOUSING, LLC ("BCH") is a short-term property rental provider that caters to employee housing needs.

4. Bowers alleges that BCH copied Bowers' copyrighted Work from the internet in order to advertise, market and promote its business activities. BCH committed the violations alleged in connection with BCH's business for purposes of advertising and promoting sales to the public in the course and scope of BCH's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Blu Corporate Housing, LLC is a Colorado limited liability company with its principal place of business at 720 South Colorado Boulevard, Denver, Colorado, 80246, and can be served by serving its Registered Agent, Colorado Registered Agent, LLC, 1942 Broadway Street, Suite 314C, Boulder, Colorado, 80302.

**THE COPYRIGHTED WORKS AT ISSUE**

10.     Attached hereto as Exhibit 1 are four (4) photographs created by Bowers at issue in this case, which are referred to herein as the "Works," one of which is shown below.



11.     Bowers registered the Works with the Register of Copyrights on March 21, 2016 and January 5, 2016 and was assigned the registration numbers VA 2-001-422 and VA 1-990-476.  The Certificates of Registration are attached hereto as Exhibit 2.

12.     At all relevant times Bowers was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13.     BCH has never been licensed to use the Works at issue in this action for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, BCH copied the Works.

15. BCH copied Bowers' copyrighted Works without Bowers' permission.

16. After BCH copied the Works, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its short-term rental services.

17. BCH copied and distributed Bowers' copyrighted Works in connection with BCH's business for purposes of advertising and promoting BCH's business, and in the course and scope of advertising and selling products and services.

18. Bowers' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. BCH committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibit 3.

20. Bowers never gave BCH permission or authority to copy, distribute or display the Works at issue in this case.

21. Bowers notified BCH of the allegations set forth herein on September 27, 2018 and November 27, 2018.  To date, BCH has failed to respond to Plaintiff's Notices.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Bowers owns a valid copyright in the Works at issue in this case.

24. Bowers registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. BCH copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Bowers's authorization in violation of 17 U.S.C. § 501.

26. BCH performed the acts alleged in the course and scope of its business activities.

27. BCH's acts were willful.

28. Bowers has been damaged.

29. The harm caused to Bowers has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Blu Corporate Housing, LLC that:

a. Defendant and his officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

e. Plaintiff be awarded prejudgment interest; and

f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: September 24, 2019     Respectfully submitted,

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
Jonah.grossbardt@sriplaw.com

**SRIPLAW**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 - Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 - Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Attorneys for Plaintiff Eric Lee Bowers*